**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerome Gregory TURNQUEST, Defendant–Appellant.**

**No. 07–14407**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Oct. 22, 2008.

Wilson R. Smith, Vidalia, GA, for Defendant–Appellant.

Georgia, sitting by designation.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Wilson R. Smith, counsel for Jerome Gregory Turnquest, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Turnquest's conviction and sentence are **AFFIRMED**.